**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Norman Frederick Eugene BEST,
Appellant.**

**No. 71-2260.**

United States Court of Appeals,
Ninth Circuit.

Dec. 17, 1971.

William L. Hanson, Seattle, Wash., for appellant.

Dean C. Smith, U. S. Atty., Robert S. Linnell, Asst. U. S. Atty., Yakima, Wash., for plaintiff-appellee.

---

* Honorable J. Warren Madden, Senior Judge of the United States Court of Claims, sitting by designation.

** Honorable Charles L. Powell, United States District Judge, Eastern District of Washington, Spokane, Washington, sitting by designation.

Before CHAMBERS, MERRILL and KILKENNY, Circuit Judges.

PER CURIAM:

The appeal in this selective service case is dismissed as legally frivolous. The charge was failure to register.

We reach our conclusion on the basis of examination of the record, supplemented by counsel's statement that appellant desires to abandon the appeal.

The mandate will issue forthwith.